AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 13-02044M-(DTF) |
| Jesus Castro-Galaviz | ) |
| *Defendant* | ) |

FILED / RECEIVED / LODGED
FEB 19 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Jesus Castro Galaviz*
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X *Jesus Castro G*
*Defendant's signature*

The United States consents to the jury-trial waiver:  _____
*Government representative's signature*

AUSA
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X *Jesus Castro G*
*Defendant's signature*

_____  
*Printed name of defendant's attorney (if any)*

_____  
*Signature of defendant's attorney (if any)*

Date: Feb 19, 2013   Approved by: *Leslie A. Bowman*
*Judge Leslie A. Bowman, United States Magistrate Judge*